UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA,

v.  Case No. 2:21-cr-116-TPB-NPM

LARRY ALAN GOLDMAN

## **NOTICE TO THE COURT REGARDING FORFEITURE**

The United States of America gives notice to the Court that it will not seek criminal forfeiture of the following firearms, as identified as subject to forfeiture in the Indictment, because the Bureau of Alcohol, Tobacco, Firearms and Explosives administratively forfeited the assets on February 22, 2022:

1. a Glock Inc. 43 9mm caliber pistol, serial number BCTM875;

2. a Charters Arms .32 caliber revolver, serial number 21L08637;

3. a Keltec, CNC Industries, Inc. P3AT .380 pistol, serial number KU640;

4. a Savage 24 Series S 22/24 caliber combination gun;

5. a Ruger 10/22 Charger .22 caliber pistol, serial number 826-09351;

6. a Savage Springfield model 67F .410 caliber shotgun;

7. a Keystone Sporting Arms .22 caliber Crickett Rifle, serial number 795523;

8. a Beretta USA Corp 950 .25 caliber pistol, serial number BT16808;

9. a Browning 6mm caliber pistol, serial number 433519;

10. a Savage 9478 .20 caliber shotgun, serial number E458794;

11. a Remington Arms Company, Inc. 760 caliber Game Mentor receiver/frame;

12. a Remington Arms Company, Inc. 760 caliber Game Mentor rifle, serial number A7379480;

13. an Anderson Manufacturing AM-15 .556 caliber rifle, serial number 20362474;

14. a Mossberg 835 12 caliber shotgun, serial number UM218841;

15. a Taurus International PT 24/7 G2 pistol, serial number TEY63759;

16. a Titan MFG. Corp. .25 caliber pistol, serial number A21620;

17. a Ruger Mark IV .22 caliber pistol, serial number 50002003;

18. a Taurus International 605 Protector Poly .357 revolver, serial number EY52462;

19. an Imperial Metal Products (INCA Manufacturing) .22 caliber revolver, serial number 86838;

20. a Smith & Wesson 22A .22 caliber pistol, serial number UBR9363;

21. a SCCY Industries, LLC (SKYY IND.) CPX-2 9mm caliber pistol, serial number C160517;

22. an Altor Corporation 9mm caliber pistol, serial number AAB0138;

23. a Savage Stevens 5100 12 caliber shotgun;

24. a Savage 67 12 caliber shotgun, serial number E580824;

25. a Mossberg 715T .22 caliber rifle, serial number EM13923678;

26. a Savage 24 22/410 caliber combination shotgun;

27. a Savage 5 .22 caliber rifle;

28. a Sig-Sauer 1911 .45 caliber pistol, serial number 64A002286; and

29. a Harrington and Richardson 1938 .22 caliber revolver, serial number AC28225.

        Respectfully Submitted,

        ROGER B. HANDBERG
        United States Attorney

By:   *s/Suzanne C. Nebesky*
       SUZANNE C. NEBESKY
       Assistant United States Attorney
       Fla. Bar No. 59377
       400 N. Tampa Street, Suite 3200
       Tampa, Florida 33602
       (813) 274-6000 – telephone
       E-mail: suzanne.nebesky@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on February 25, 2022, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to counsel of record.

*s/Suzanne C. Nebesky*
SUZANNE C. NEBESKY
Assistant United States Attorney
