**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**

**UNITED STATES OF AMERICA**

Government  __X__

v.

**LARRY ALAN GOLDMAN**

Defendant(s),  _____

Case No.  2:21-cr-116-TPB-NPM

_____  Evidentiary
_____  Trial
__X__   Other - Sentencing

## EXHIBIT LIST

| Exhibit No. | Date Identified | Date Admitted | Witness | Description |
|---|---|---|---|---|
| 1 | | | | ATF Multiple Sale Summary for Firearms Purchased by Defendant in 2020 and 2021 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |